UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK GIFFORD,<br><br>                    Plaintiff,<br><br>         - v. -<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | 19 Civ. 9771 (KPF) (SLC)<br><br>ORDER |

KATHERINE POLK FAILLA, United States District Judge:

By Order today, the Court is referring this case to Magistrate Judge Sarah L. Cave for a report and recommendation on any motion for judgment on the pleadings. To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Cave.

If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must, **within two weeks of the date of this Order**, either mail or email to Failla_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before Magistrate Judge Cave rather than before the undersigned.

If either party does not consent to conducting all further proceedings before Magistrate Judge Cave, the parties must file a joint letter, **within two weeks of the date of this Order** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

SO ORDERED.

Dated: December 13, 2019
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge