**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PATRICK GIFFORD,

                   Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                   Defendant.
-----------------------------------------------------------X

19 **CIVIL** 9771 (KPF)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 3, 2020, that the decision of the Commissioner is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         January 3, 2020

                                            **RUBY J. KRAJICK**

                                                **Clerk of Court**

                  **BY:**

                                                **Deputy Clerk**